IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MARY L. MILLER, <br><br> Plaintiff <br><br> VS. <br><br> MICHAEL J. ASTRUE, <br> Commissioner of Social Security, <br><br> Defendant | <br><br><br> 5:07-CV-31 (CAR) <br><br><br><br> **SOCIAL SECURITY APPEAL** |

# RECOMMENDATION

Upon motion by defendant, the Commissioner requests voluntary remand of this claim for further administrative proceedings pursuant to Sentence Four of 42 U.S.C. Sex. 405(g). Tab #13. The defendant's motion assures the court that the plaintiff does not object to the voluntary remand.

Therefore, IT IS RECOMMENDED that this Court remand the cause to the Commissioner for further proceedings pursuant to Sentence Four of Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), thereby GRANTING the Commissioner's motion. Pursuant to 28 U.S.C. §636(b)(1), the parties may serve and file written objections to this RECOMMENDATION with the district judge to whom this case is assigned **WITHIN TEN (10) DAYS** after being served with a copy thereof.

SO ORDERED, this 26th day of JUNE, 2007.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE