# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| **MARY L. MILLER,** | : | |
| Claimant, | : | Case No.: 5:07-cv-31 (CAR) |
| v. | : | |
| **MICHAEL J. ASTRUE,** | : | |
| **Commissioner of Social Security** | : | |
| Respondent | : | |

_____

## *ORDER ON THE REPORT AND RECOMMENDATION*
## *OF THE UNITED STATES MAGISTRATE JUDGE*

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 14] to remand this claim for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Claimant has not entered an objection to the Recommendation. Upon review of the Recommendation and consideration of the matter, the Court agrees with the findings and conclusions of the United States Magistrate Judge. The Recommendation is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT** and it is ordered that the claim be remanded to an Administrative Law Judge to obtain evidence regarding the Claimant's alleged mental impairments.

**SO ORDERED**, this 19th day of December, 2007.

                                                                S/ C. Ashley Royal
                                                                C. ASHLEY ROYAL
                                                                 UNITED STATES DISTRICT JUDGE

chw